

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00539-CV

**IN RE TIME WARNER CABLE ENTERPRISES, LLC**
and Luquita Joy

Original Mandamus Proceeding[1]

### ORDER

On August 31, 2015, relators Time Warner Cable Enterprises, LLC and Luquita Joy filed a petition for a writ of mandamus and motion for emergency relief. The court has considered relators' petition, the response and reply of the parties, and has determined that relators are entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Stephani Walsh is ORDERED to vacate the August 21, 2015 Order on Petitioner Fernando Ozuna's Verified Petition to Take Deposition Before Suit. The writ will issue only if we are notified Judge Walsh has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on October 7, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-09313, styled *In re Fernando Ozuna*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.